NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 08-1278

STATE OF LOUISIANA

VERSUS

JULES MOTEN,  JR.

**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. CR-08-2502
HONORABLE PATRICIA C. COLE, DISTRICT JUDGE

**********

MICHAEL G. SULLIVAN
JUDGE

**********

Court composed of Michael G. Sullivan, Elizabeth A. Pickett, and Billy Howard Ezell, Judges.

**APPEAL DISMISSED.  DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

Douglas L. Hebert, Jr.
District Attorney
Post Office Drawer 839
Oberlin, Louisiana  70655
(337) 639-2641
Counsel for:
　　　State of Louisiana

Jules Moten, Jr.
Allen Correctional Center, #279945
3751 Lauderdale Woodyard Road
Kinder, Louisiana  70648
Defendant/Appellant

**SULLIVAN, Judge.**

Defendant, Jules Moten, Jr., entered a plea of guilty to one count of aggravated second degree battery, a violation of La.R.S. 14:34.7. He was sentenced to serve ten years at hard labor. No appeal was lodged.

On September 15, 2008, Defendant filed a petition for habeas corpus, which was denied September 16, 2008. On September 23, 2008, he filed a notice of intent to appeal/seek supervisory writs. On that same date, the trial court signed an order to have the record prepared and lodged with this court, noting that Defendant was directed to perfect and submit his appeal "in accordance with law."

On October 21, 2008, Defendant's appeal was received and filed in this court. On that same date, he was ordered by this court to show cause, on or before November 13, 2008, why his appeal should not be dismissed, as the judgment at issue is a non-appealable judgment pursuant to La.Code Crim.P. art. 912. He has not responded.

The trial court's reasons for denying Defendant's requested relief indicate Defendant's pleading asserted he was being held unlawfully because of the failure to be properly credited with good time. A judgment refusing to grant release upon a petition for a writ of habeas corpus is not appealable. La.Code Crim.P. art. 369. Accordingly, Defendant's appeal is hereby dismissed.

Defendant also expressed a desire to seek supervisory writs in his September 23, 2008 notice of intent. Defendant is hereby permitted to file a proper application for supervisory writs in compliance with Uniform Rules—Courts of Appeal, Rule 4 no later than thirty days from the date of this decision. He is not required to file a notice of intent to seek writs nor to obtain an order setting a return

1

date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a notice of intent to seek supervisory writs.

If Defendant's sole complaint is based upon the failure of the Louisiana Department of Corrections to credit him properly for good time behavior, venue for such an action shall be in the parish of East Baton Rouge. *See* La.R.S. 15:571.15.

**APPEAL DISMISSED. DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal. Rule 2-16.3.